IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MAURICE GLADYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-N-1694-S |
| | ) | |
| DUSTY WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**
OCT 19 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 17, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. Plaintiff was advised that he would have fifteen (15) days in which to file objections to the report and recommendation. Plaintiff sought and was granted a 30-day extension of time in which to file his objections. Instead of filing objections, however, plaintiff filed a motion to dismiss without prejudice.

By order entered September 14, 2000, plaintiff was advised that, because the magistrate judge had filed a report and recommendation, a dismissal, even though without prejudice, would constitute a dismissal countable for purposes of 28 U.S.C. § 1915(g). By that same order, plaintiff was afforded twenty (20) days in which to file an amended complaint. Plaintiff was further advised that failure to amend his complaint in accordance with the order would result in the dismissal of this action pursuant to 28 U.S.C. § 1915(g). Plaintiff has failed to submit an amended complaint within the allotted time.



Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 18th day of Oct., 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE